19 2008 10:34 FR USMS ADMIN ELC ████████ TO AUSA ELC  P.01/04

Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

Magistrate Case Number: **'08 MJ 8150**

The person charged as <u>PACHECO, Christian Gabriel</u> now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the <u>Central</u> District of <u>California (Santa Fe Springs)</u>

in violation of <u>Violation Petition</u>

with <u>Title 18, United States Code, Section 3583(e)(3)</u>

The charging documents and the warrant of the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: 02/19/2008

(signature)
Ronald Walten
(Printed Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: 2-19-08

Assistant United States Attorney
GEORGE MANAHAN



FILED
FEB 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | '07 JAN 10 P1:09 | CASE NUMBER: |
|---|---|---|
| Plaintiff(s) | | CR06-00888-RGK |
| v. | | |
| Christian Gabriel Pacheco | | **WARRANT FOR ARREST** |
| Defendant(s) | | |

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _Christian David Pacheco_
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information ☐ Order of Court ☒ Violation Petition ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title __18__ United States Code, Section(s) _3583(e)(3)_

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | 1/10/07/ Los Angeles |
| Clerk of Court | DATE AND LOCATION OF ISSUANCE |
| TITLE OF ISSUING OFFICER | |
| | BY: R. Gary Klausner |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

| DATE RECEIVED | NAME OF ARRESTING OFFICER |
|---|---|
| DATE OF ARREST | TITLE |
| DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO | SIGNATURE OF ARRESTING OFFICER |

**WARRANT FOR ARREST**

CR-12 (07/04)   PAGE 1 of 2

PROB 12
(Rev. 11/04)

# United States District Court
for
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
JAN 9 2007
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

U.S.A. VS. CHRISTIAN GABRIEL PACHECO　　　　　Docket No. CR06-00888-RGK

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **CHRISTIAN GABRIEL PACHECO** who was placed on supervision by the Honorable **JOHN D. TINDER** sitting in the Court at **Indianapolis, Indiana**, on the **19th** day of **November, 2004** who fixed the period of supervision at **three years**, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special terms and conditions as noted on the attached Judgment and Commitment Order(s). **Jurisdiction was transferred to the Central District of California on November 21, 2006.**

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

It is alleged that the above-named supervisee has violated the terms and conditions to wit:

1. Having been ordered by the Court not to commit another Federal, state, or local crime, on or about October 19, 2006, Christian Gabriel Pacheco was convicted of a violation of California Health and Safety Code Section 11378: Possession of a controlled substance for sale, in Los Angeles Superior Court, Case No. VA097577.

**PRAYING THAT THE COURT WILL ORDER** Issuance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Christian Gabriel Pacheco before the United States District Court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 9th day of JAN, 2007 and ordered filed and made a part of the records in the above case.

_____
United States District Judge
R. GARY KLAUSNER

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on December 26, 2006

_____
STEVEN FRYDMAN
U. S. Probation Officer

Place:　Santa Fe Springs, California