## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.  CHRISTIAN GABRIEL PACHECO          No.  2:08MJ8150

HON.  PETER C. LEWIS          Tape No.  PCL08-1-15:46-15:50   (4 MINS)

Asst. U.S. Attorney  GEORGE MANAHAN          PTSO  YOLANDA GERMAN

                                                                # Status

Atty  MATTHEW HAGEN    X  Apt  ___ Ret  for  PACHECO  ( 1 )  ( PDA )

PROCEEDINGS:    ___ In Chambers    X  In Court    ___ By Telephone

DOA: 02/19/08

DEFENDANT'S INITIAL APPEARANCE ON OUT OF DISTRICT COMPLAINT
ATTORNEY APPOINTED - FEDERAL DEFENDERS, INC.
BOND SET: NO BAIL

DEFENDANT WAIVES IDENTITY HEARING.
DEFENDANT ADMITS IDENTITY.

DEFENDANT IS ORDER REMOVED TO CENTRAL DISTRICT OF CA FORTHWITH.

Date  FEBRUARY 19, 2008          M. MIRABELLA FOR T. ROMERO
                                  Deputy's Initials